## COURT OF APPEALS.

### GEORGE A. CISCO agt. MARSHALL O. ROBERTS.

Our state laws for the regulation of *port pilotage*, are not affected by the laws of congress on the subject of pilotage.

*January Term*, 1867.

APPEAL from a judgment of the general term of the superior court of the city of New York, in favor of defendant, upon a verdict subject to the opinion of the court. It was an action by plaintiff as a licensed pilot of the port of New York by the way of Sandy Hook, under existing pilotage laws of this state, to recover the sum of $57.60, due as pilotage of defendant's steamer Empire City, into the port of New York, the plaintiff having offered his services to pilot the vessel into port, and having been refused. He being the first pilot so offering service, he claimed "*off-shore*" pilotage, having offered his service at a distance from port entitling him thereto.

Judgment was rendered for the defendant, on the ground

that the state laws for the regulation of port pilotage, so far as they apply to vessels propelled by steam, are in conflict with the act of congress. (*Sess. Laws* 1853, 921; *Id.* 1854, 459; *Id.* 1857, 500.)

THIS COURT *held*, that the validity of our state legislation on that subject was not affected by the laws of congress, according to the decision of the supreme court of the United States in *Cooley* agt. *Portwardens of Philadelphia* (12 *How.* 209); *Steamship Company* agt. *Joliff* (2 *Wallace*, 450, 461-2); and *Gilman* agt. *Philadelphia* (3 *Wallace*, 731); and that the plaintiff was entitled to judgment.

Judgment below reversed, and ordered to be given for plaintiff for $66.66, with interest and costs.

All concur except GROVER, J.